UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI A. HALL,

      Plaintiff,

v.                                                                            Case No. 1:13-cv-587
                                                                          Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____/

## **JUDGMENT**

      In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

      **IT IS SO ORDERED.**


Dated: September 22, 2014                               /s/ Hugh W. Brenneman, Jr.
                                                                           HUGH W. BRENNEMAN, JR.
                                                                           United States Magistrate Judge